FILED

08/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| STATE OF MONTANA,<br><br>      Plaintiff and Appellee,<br><br>v.<br><br>LUKE STROMMEN,<br><br>      Defendant and Appellant. | No. DA-21-0086<br><br>**ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Upon consideration of Appellant's Second Unopposed Motion for Extension of Time to File Opening Brief and good cause appearing, IT IS HEREBY ORDERED that Appellant's Opening Brief shall be filed on or before November 29, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2021